IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CR-172-WKW |
| | ) | |
| MARQUEZ MILES | ) | |

## **ORDER**

It is ORDERED that the motion (Doc. # 81) to dismiss the indictment (Doc. # 1) against Defendant Marquez Miles is GRANTED.

DONE this 29th day of December, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE